AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1:14MJ00233 | Date and time warrant executed: 10/31/2014 @ 10:11 AM | Copy of warrant and inventory left with: VIA ONLINE SERVICE |
| Inventory made in the presence of : N/A | | |
| Inventory of the property taken and name of any person(s) seized: | | |

— RECORDS TO BE RECEIVED ELECTRONICALLY

FACEBOOK CASE # 474982

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

OCT 31 2014

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 10/31/2014

_____
Executing officer's signature

JIM SATTERWHITE, DUSM
Printed name and title

Returned to me this 31st day of October, 2014.

Pamela Meade Sargent
USMJ